■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM ALEXANDER, Appellant. [676 NYS2d 878] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ferdinand, J.), rendered May 22, 1995, convicting him of manslaughter in the first degree, attempted murder in the second degree, assault in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. O'Brien, J. P., Santucci, Joy and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v XAVIER DeSILVIA, Appellant. [676 NYS2d 879] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rivera, J.), rendered April 25, 1996, convicting him of sexual abuse in the first degree (two counts) and attempted sexual abuse in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The trial court properly rejected the proposed plea agreement as unlawful (*see,* CPL 220.10 [4], [5] [c]; *People v Esajerre,* 35 NY2d 463).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., Copertino, McGinity and Luciano, JJ., concur.